FRANK T. WOOD, Appellant, *v.* WOODLAWN IMPROVE-
MENT ASSOCIATION TRANSPORTATION CORPORATION,
Respondent.

*Negligence — motor vehicles — streets — injury to plaintiff from being
struck by motor bus while crossing street at corner — contributory
negligence.*

*Wood v. Woodlawn Imp. Assn. T. Corp.,* 215 App. Div. 628, affirmed.
(Argued February 21, 1928; decided March 27, 1928.)

APPEAL from a judgment, entered June 2, 1926, upon
an order of the Appellate Division of the Supreme Court
in the third judicial department, reversing a judgment
in favor of plaintiff entered upon a verdict and directing
a dismissal of the complaint in an action to recover
for personal injuries alleged to have been sustained by
plaintiff through the negligence of defendant. Plaintiff
while crossing Broadway at its intersection with State
street in the city of Albany was struck by one of defend-
ant's automobile buses and received the injuries com-
plained of. The Appellate Division held that on the
evidence plaintiff was guilty of contributory negligence
as matter of law.

*Charles E. Brennan* for appellant.

*Neile F. Towner* and *Robert F. Woody* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.

---

GEORGE S. ABELL, Respondent, *v.* THE CORNWALL
INDUSTRIAL CORPORATION, Appellant.

*Libel — defenses of justification, privilege and mitigation.*

*Abell v. Cornwall Industrial Corp.,* 222 App. Div. 689, affirmed.
(Argued February 21, 1928; decided March 27, 1928.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the second judicial department,